UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VINCENT STEWART | CIVIL ACTION |
| VERSUS | NUMBER: 16-2908 |
| RAY HANSON, WARDEN | SECTION: "B"(4) |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Vincent Stewart's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 18th day of July 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE